IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAULA LADDUSIRE,

    Appellant,

v.

NORTHSTAR CLEANING AND
RESTORATION SERVICES, INC.,
CANNON FRANCIS PETERSON and
JAY M. CRICKS ,

    Appellees.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-779-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this bankruptcy appeal filed by appellant Paula Laddusire for failure to prosecute.

/s/  
Peter Oppeneer, Clerk of Court

12/13/2016  
Date